IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR LIQUIDE ADVANCED TECHNOLOGIES, U.S. LLC, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> CARELTON LIFE SUPPORT SYSTEMS, INC. ) dba COBHAM MISSION SYSTEMS, ) <br><br> Defendant. ) | C. A. No. 19-403-LPS |

[PROPOSED] ORDER

At Wilmington, this 12th day of March, 2020, the Court having considered the parties' Agreed Motion to Stay Case Pending *Inter Partes* Review of the Patent-In-Suit ("Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED and this Action is stayed until either (1) the conclusion of the IPR proceedings, if the PTAB institutes IPR Proceedings on the '513 patent; or (2) 14 days after the PTAB's decision declining to institute IPR Proceedings on the '513 patent.

IT IS HEREBY FURTHER ORDERED that the parties shall jointly inform the Court of the PTAB's decision regarding whether or not to institute an IPR on the '513 patent within two weeks of such decision and, if the PTAB declines to institute IPR Proceedings on the '513 patent, the parties are to submit a proposed scheduling order for the Court's consideration no later than three weeks after the PTAB's decision declining to institute the IPR.

_____
The Honorable Leonard P. Stark
Chief, United States District Judge