# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR LIQUIDE ADVANCED TECHNOLOGIES, U.S. LLC<br><br>                Plaintiff,<br>vs.<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC. dba COBHAM MISSION SYSTEMS and COBHAM plc<br>                Defendants. | NO: 1:19-CV-00403-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Air Liquide Advanced Technologies, U.S. LLC, and Defendants Carleton Life Support Systems, Inc. d/b/a Cobham Mission Systems and Cobham plc, hereby stipulate to the dismissal of this action, with prejudice and with each party to bear its own costs and fees.

Dated: December 28, 2020

Respectfully submitted,

SAUL EWING ARNSTEIN & LEHR LLP

*/s/ Elizabeth S. Fenton*_____
Elizabeth S. Fenton (Bar No. 5563)
1201 North Market Street
Suite 2300
Wilmington, DE  19801
(302) 421-6800

*Of counsel*:

Charles B. Walker
Mark F. Eberhard
NORTON ROSE FULLBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095

*Attorneys for Plaintiff Air Liquide Advanced Technologies, U.S. LLC*

                              PHILLIPS, McLAUGHLIN & HALL, P.A.

                              */s/ John C. Phillips, Jr.*
                              John C. Phillips, Jr. (#110)
                              Megan C. Haney (#5016)
                              1200 North Broom Street
                              Wilmington, Delaware  19806-4204
                              (302) 655-4200
                              jcp@pmhdelaw.com
                              mch@pmhdelaw.com

                              *Of counsel*:

                              J. Aron Carnahan
                              HUSCH BLACKWELL, LLP
                              120 South Riverside Plaza
                              Suite 2200
                              Chicago, IL 60606

                              *Attorneys for Defendants Carleton Life Support Systems, Inc. d/b/a Cobham Mission Systems and Cobham PLC*

IT IS SO ORDERED this _____ day of _____, 20\_\_\_\_.

                              _____
                              The Honorable Leonard P. Stark
                              Chief, United States District Judge